Court of Appeals
Fourth Court of Appeals District of Texas



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00456-CV

Mike **DENNY** and Current Occupants of 2803 Kingsford Lane, San Antonio, Texas,
Appellants

v.

**BANK OF AMERICA, N.A.**, as Trustee,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 359459
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting: Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice

Delivered and Filed: September 7, 2011

DISMISSED

Because appellants, Mike Denny and Current Occupants of 2803 Kingsford Lane, San
Antonio, Texas, failed to pay the filing fee in this appeal, we ordered appellants, on August 2,
2011, to either (1) pay the applicable filing fee or (2) provide written proof to this court they are
excused by statute or these rules from paying the filing fee by August 12, 2011. *See* TEX. R. APP.
P. 5 (providing that party who is not excused by statute or these rules from paying costs must
pay—at the time an item is presented for filing—whatever fees are required by statute or

Supreme Court order); TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellants failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellants have failed to pay the filing fee or provide written proof that they are excused from paying the filing fee by the date ordered. We, therefore, dismiss this appeal. *See id.*

PER CURIAM